# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOSROW ABTAHI,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHASE HOME FINANCE A CORPORATION, DOES 1-20, INCLUSIVE,<br><br>    Defendants. | CASE NO.: SACV09-01511-JST(ANx)<br><br>**JUDGMENT RE: MOTION TO DISMISS THE THIRD AMENDED COMPLAINT** |

Defendant JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance LLC, erroneously sued as Chase Home Finance, ("Chase" and "Defendant") motion to dismiss having been granted,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Third Amended Complaint is dismissed without leave to amend and that the action is dismissed with prejudice.

DATED:   August 26, 2011

                                              HON. JOSEPHINE STATON TUCKER
                                                 United States District Judge

1213670.1